# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HERITAGE VINTAGE SPORTS AUCTIONS, INC. <br><br> Plaintiff, <br><br> v. <br><br> ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC <br><br> Defendant. | CIVIL ACTION NO. 1:25-cv-03816-SDG |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Heritage Vintage Sports Auctions, Inc. and Defendant Atlanta National League Baseball Club, LLC, hereby stipulate as follows:

1. The parties STIPULATE that all claims asserted in the above-captioned action shall be dismissed with prejudice; and

2. The parties STIPULATE that each party shall bear their own fees and costs in connection with this litigation, including the costs of the Clerk of the Court.

1

Respectfully submitted this 10th day of October, 2025.

| **HOLLAND & KNIGHT LLP** | **BAKER & HOSTETLER LLP** |
|---|---|
| By: *Stephanie Hudson*<br>J. Allen Maines<br>Georgia Bar No. 466575<br>Stephanie Hudson<br>Georgia Bar No. 402924<br>1180 West Peachtree Street, NW<br>Suite 1800<br>Atlanta, GA 30309<br>Telephone: (404) 817-8500<br>Facsimile: (404) 881-0470<br>Allen.maines@hklaw.com<br>Stephanie.hudson@hklaw.com | By: *Ronald B. Gaither, Jr.*<br>Ronald B. Gaither, Jr.<br>Georgia Bar No. 282292<br>Jarvarus A. Gresham<br>Georgia Bar No. 873933<br>1170 Peachtree Street NE<br>Suite 2400<br>Atlanta, GA 30309-7676<br>Telephone: 404-459-0050<br>Facsimile: 404-459-5734<br>Email: rgaither@bakerlaw.com<br>Email: jgresham@bakerlaw.com |
| **Attorneys for Plaintiff Heritage Vintage Sports Auctions, Inc.** | **Attorneys for Atlanta National League Baseball Club, LLC** |

## LR 7.1(D) FONT COMPLIANCE CERTIFICATION

The undersigned counsel for Plaintiff hereby certifies that the within and foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1 of the United States District Court for the Northern District of Georgia.

*Stephanie Hudson*
Stephanie Hudson
Georgia Bar No. 402924

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I filed a copy of the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*Stephanie Hudson*
Stephanie Hudson
Georgia Bar No. 402924
